■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTINE RIVERA, Appellant.—Appeal by the defendant, as

limited by her brief, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed December 21, 1987, upon her conviction of criminal sale of a controlled substance in the second degree, upon her plea of guilty, the sentence being an indeterminate term of 5½ years' to life imprisonment.

Ordered that the sentence is affirmed.

We find that the sentence imposed was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Moreover, contrary to the defendant's contentions, the sentence cannot be said to constitute cruel and unusual punishment *(see, People v Donovan,* 59 NY2d 834; *People v Jones,* 39 NY2d 694; *People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.